# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Road Dog Logistics, LLC, | |
| Plaintiff, | Case No. 2:25-cv-00350 |
| v. | Judge Graham |
| Patriot Equipment Supply, Inc., *et al.*, | Magistrate Judge Vascura |
| Defendants. | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Vascura (doc. 17), recommending that Defendant James Croshaw be dismissed from this action for failure to effect service. No objections to the R&R have been filed, and the time for filing such objections has expired. Therefore, the Court **ADOPTS** the R&R (doc. 17) and **ORDERS** that Defendant James Croshaw be dismissed, without prejudice.

**IT IS SO ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: October 6, 2025